JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| KELVIN HERNANDEZ ROMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ORANGE COUNTY SHERIFF'S DEPARTMENT, COUNTY OF ORANGE, SCOTT SIMONS CHARETTE, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 8:20-cv-01580-CJC-JDE<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Honorable Cormac J. Carney |

This Court, having reviewed the Joint Stipulation of Dismissal With Prejudice, ORDERS AS FOLLOWS:

The Parties' Joint Stipulation of Dismissal With Prejudice is hereby GRANTED.

SO ORDERED.

DATED: December 17, 2021

_____
Honorable Cormac J. Carney
United States District Judge